REBECCA EISEN, SBN 096129
THERESA MAK, SBN 211435
M. MICHAEL COLE, SBN 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
reisen@morganlewis.com
tmak@morganlewis.com
mcole@morganlewis.com

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIM REEDER, MICHELLE ALVES, ELMO CASH, DONALD MYERS, ABDULSALEM BORGI, and DANIEL CABALLERO individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. C07-00538 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS the following motions are currently pending before the Court: (1) Defendant Metropolitan Life Insurance Company, Inc.'s ("Defendant") Motion to Dismiss this action; (2) Plaintiffs Kim Reeder, Michelle Alves, Elmo Cash, Donald Myers, Abdulsalem Borgi and Daniel Caballero's ("Reeder Plaintiffs") Motion to Consolidate this action with *Weinstein v. MetLife, Inc. et al*, Civil Action No. C06-04444 (SI); and (3) Plaintiff Neil Weinstein's Omnibus Motion to Intervene and Stay this action;

1    WHEREAS the Court's decisions in the above-referenced motions, all scheduled to be
2    heard on June 8, 2007, will affect the status and handling of this action;
3    WHEREAS the Reeder Plaintiffs and Defendant met and conferred and agreed that
4    continuing the Initial Case Management Conference in this action to a date after the Court renders
5    a decision on the above-referenced motions would promote efficiency;
6    THEREFORE, the Reeder Plaintiffs and Defendant, through their counsel of record,
7    hereby STIPULATE to continue the Initial Case Management Conference, currently scheduled
8    for May 18, 2007, to June 29, 2007.

Dated: May 17, 2007                          MORGAN, LEWIS & BOCKIUS LLP

                                             By:  /s/
                                                  Theresa Mak

                                             Attorneys for Defendant
                                             METROPOLITAN LIFE INSURANCE
                                             COMPANY

Dated: May 17, 2007                          SCOTT COLE & ASSOCIATES, APC

                                             By:  /s/
                                                  Clyde Charlton

                                             Attorneys for Representative Plaintiffs and
                                             the Plaintiff Classes

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7551323.1                          2                    Case No. C 07-00538 SI
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  **[PROPOSED] ORDER**

2  The Initial Case Management Conference, currently scheduled for May 18, 2007, shall be

3  continued to June 29, 2007.

4

5  Dated: _____, 2007

6

7  By: _____

8  Hon. Susan Illston
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28