IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, et al., | Nos. C 06-04444 SI; C 07-0538 |
| Plaintiffs, | **ORDER RE: *WEINSTEIN* PLAINTIFFS' OMNIBUS MOTION** |
| v. | |
| METLIFE INC., et al., | |
| Defendants. / | |
| KIM REEDER, et al., | |
| Plaintiffs, | |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. / | |

On April 27, 2007, plaintiffs in the *Weinstein* action filed an omnibus motion: (1) to intervene in and stay the *Reeder* action; (2) to appoint lead counsel for related cases; (3) for permission to contact opt-ins in *Weinstein* action; (4) to compel former plaintiff's attorney Scott Cole to produce entire *Weinstein* case file to substituted counsel; and (5) disqualify Scott Cole as plaintiffs' counsel. Plaintiffs in the *Reeder* action filed an opposition to the motion. Hearing on the motion is currently scheduled for July 6, 2007.

After the omnibus motion was fully briefed, the parties in the *Reeder* action stipulated to stay the *Reeder* action pending completion of the *Weinstein* action. In light of the *Reeder* stay, the Court

hereby ORDERS plaintiffs in both *Reeder* and *Weinstein* to submit briefs, on or before Tuesday, July 3, 2007 and not to exceed three pages in length, on whether the omnibus motion is now moot, in part or in full.

**IT IS SO ORDERED.**

Dated: June 29, 2007

SUSAN ILLSTON
United States District Judge