REBECCA EISEN, State Bar No. 096129
THERESA MAK, State Bar No. 211435
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
reisen@morganlewis.com
tmak@morganlewis.com
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE ALVES, DONALD MYERS, and DANIEL CABALLERO, <br><br>Plaintiffs, <br><br>vs. <br><br>METROPOLITAN LIFE INSURANCE COMPANY, <br><br>Defendant. | Case No. CV 07-00538 SI <br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER** <br><br>Date:  September 15, 2009 <br>Time:  11:00 A.M.. <br>Judge:  Hon. Susan Illston |

Pursuant to this Court's July 31, 2009 Minute Order, Plaintiffs Michelle Alves, Donald Myers, and Daniel Caballero ("Plaintiffs") and Defendant Metropolitan Life Insurance Company ("Defendant") (together, the "Parties") jointly submit this Case Management Statement and Proposed Order and respectfully request that the Court take the current case management conference, set for September 15, 2009, off calendar.

As this court is aware, on June 5, 2007, a stipulated stay of this matter was entered pending resolution of the related matter of *Weinstein, et. al. v. Metropolitan Life Insurance Co., et. al.*, Case No. 06-cv-04444 (SI) (the "*Weinstein* Action"). Specifically, the stipulation provided that "*Reeder* Action should be stayed <u>throughout</u> the pendency of the *Weinstein* Action and such stay should be lifted <u>only after</u> the *Weinstein* Action is dismissed, or otherwise fully adjudicated .

. . ." *Reeder* Docket Entry #58 (emphasis added).

On July 31, 2009, this Court entered a Final Approval Order and Judgment Approving Settlement ("Final Approval Order") in the *Weinstein* Action. *Weinstein* Docket Entry # 220. That Final Approval Order became effective on August 31, 2009. Two of the original named plaintiffs in this action – Kim Reeder and Elmo Cash – participated in the *Weinstein* settlement and by operation of the Final Approval Order, have released all of their claims against MetLife. The remaining three original named plaintiffs – Michele Alves, Donald Myers, and Daniel Caballero – each opted out of the *Weinstein* settlement. *See Weinstein* Docket Entry # 220.

Since opting-out, and following the Court's July 31, 2009 Minute Order, the parties have finalized and agreed to the terms of a settlement agreement (which includes a confidentiality clause). A Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), seeking the Court's approval to dismiss this action, will be filed by no later than October 20, 2009. In light of this, the parties respectfully request that the Court continue the current case management conference, set for September 15, 2009, to November 3, 2009 at 11:00 a.m. or a date convenient to the Court.

DATED: September 8, 2009          SCOTT COLE & ASSOCIATES, APC

                                  _____/s/  (With Permission)_____
                                         MATTHEW BAINER

                                  Attorneys for Michele Alves, Donald Myers, and
                                  Daniel Caballero

DATED: September 8, 2009          MORGAN, LEWIS & BOCKIUS, LLP


                                  _____/s/_____
                                       M. MICHAEL COLE

                                  Attorneys for Defendant Metropolitan Life Insurance
                                  Company

### [PROPOSED] ORDER

The current case management conference, set for September 15, 2009, is continued to November 9, 2009 at 3:00 ~~11:00 a.m.~~.

Dated: _____, 2009    By: _____/s/ Susan Illston_____
                                Hon. Susan Illston, USDJ
2                                              Case No. 07-00538 (SI)
DB2/21299062.1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER