REBECCA EISEN, State Bar No. 096129
THERESA MAK, State Bar No. 211435
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
reisen@morganlewis.com
tmak@morganlewis.com
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIM REEDER, MICHELLE ALVES, ELMO CASH, DONALD MYERS, and DANIEL CABALLERO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 07-00538 SI<br><br>JOINT APPLICATION AND [PROPOSED ORDER] FOR DISMISSAL OF CASE WITH PREJUDICE |

   WHEREAS, on July 31, 2009, this Court entered a Final Approval Order and Judgment Approving Settlement ("Final Approval Order") in the related matter of *Weinstein, et. al. v. Metropolitan Life Insurance Co., et. al.*, Case No. 06-cv-04444 (SI) (the "*Weinstein* Action"). *Weinstein* Docket Entry # 220; and

   WHEREAS, the Final Approval Order in the *Weinstein* Action became effective on August 31, 2009; and

   WHEREAS, two of the original named Plaintiffs in this action, Kim Reeder and Elmo Cash, participated in the *Weinstein* settlement and, by operation of the Final Approval Order, they, and the members of the putative class they sought to represent in this action, have released

all of their claims against Defendant Metropolitan Life Insurance Company ("MetLife"); and

WHEREAS, the remaining three original named Plaintiffs in this action, Michele Alves ("Alves"), Donald Myers ("Myers"), and Daniel Caballero ("Caballero"), each opted out of the *Weinstein* settlement. See *Weinstein* Docket Entry # 220; and

WHEREAS, named Plaintiffs Alves, Myers, and Caballero (the "Plaintiffs") and Defendant Metropolitan Life Insurance Co. ("MetLife") (together, the "Parties") subsequently entered into a settlement and executed a General Release Agreement resolving all of Plaintiffs' claims against MetLife, including all claims arising under the Fair Labor Standards Act of 1938 ("FLSA"), as amended 29 U.S.C. §§201, *et. seq.*, in exchange for valuable consideration;

NOW THEREFORE, the Parties hereby jointly and respectfully request that the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the above titled-action as to all parties, with each party bearing his, her, or its own fees and costs, except as provided for in the General Release Agreement entered into between the parties.

Dated: October 20, 2009

By: ____/s/ (with permission)_____
    Matthew S. Bainer
    Attorney for Plaintiffs

Dated: October 20, 2009

MORGAN LEWIS & BOCKIUS LLP

By:____/s/_____
    M. Michael Cole
    Attorney for Defendant Metropolitan Life Ins. Co., Inc.

# [PROPOSED] ORDER

Having been advised by the Parties that a General Release Agreement was entered into, pursuant to which Ms. Alves and Messrs. Caballero and Myers have agreed to release all claims, including all claims arising under the Fair Labor Standards Act of 1938 ("FLSA"), as amended 29 U.S.C. §§201, *et. seq.*, against MetLife in exchange for valuable consideration, the matter of *Reeder, et. al. v. Metropolitan Life Ins. Co.*, United States District Court, Northern District of California, Case No. 07-cv-00538 SI, is, by reason of the settlement, hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. Susan Illston